IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE MARADIAGA, BOP No 30926-177, | § | |
|     Defendant-Movant, | § | No.  3:03-CR-0291-K |
| | § | (No.  3:04-CV-2050-K) |
| v. | § | |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff-Respondent. | § | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this 1st day of August, 2005.

s/
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE